```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    Case No. 14-60246-CR-COHN


UNITED STATES OF AMERICA,)
                         )
        Plaintiff,       )
                         )
     -v-                 )
                         )
GEORGE BUTLER,           )
                         )
        Defendant.       )   Fort Lauderdale, Florida
                         )   June 17, 2016
_____)   10:01 a.m.




               TRANSCRIPT OF SENTENCING PROCEEDINGS

                 BEFORE THE HONORABLE JAMES I. COHN

                         U.S. DISTRICT JUDGE



Appearances:

For the Government:          BROOKE WATSON
                             Assistant United States Attorney
                             99 NE 4th Street
                             Miami, Florida  33132

For the Defendant:           DEREK VAUGHN LEWIS, ESQ.
                             PO Box 612973
                             North Miami, Florida  33261



Reporter:                    Karl Shires, RMR, FCRR
(954) 769-5496               Official Court Reporter
                             299 East Broward Boulevard, # 203G
                             Fort Lauderdale, Florida  33301
```

STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT

```
 1        (Call to Order of the Court.)
 2              THE COURT:  All right.  The matter before the Court is
 3   the United States of America versus George Butler.  This is
 4   Case Number 14-60246-CR.
 5              Mr. Butler is present.  He is represented by Derek
 6   Louis.  The government is represented by Assistant United
 7   States Attorney Brooke Watson.
 8              On March 18th of this year Mr. Butler entered a plea
 9   of guilty to Counts 1 and 10 of an 11-count indictment.  Count
10   1 charged conspiracy to possess with the intent to distribute
11   500 grams or more of cocaine, whereas Count 10 charged felon in
12   possession of a firearm and ammunition.
13              Upon acceptance of Mr. Butler's plea, the Court
14   adjudged him guilty of Counts 1 and 10, ordered a presentence
15   investigation report, and deferred sentence until today's date.
16              Have counsel for the respective parties received a
17   copy of the presentence report?
18              Ms. Watson?
19              MS. WATSON:  Yes, Your Honor.
20              THE COURT:  Mr. Lewis?
21              MR. LEWIS:  Yes, Your Honor.  And thank you to
22   Ms. Rawl.  Thank you.
23              THE COURT:  And, Mr. Butler, have you received and
24   reviewed the presentence report?
25              THE DEFENDANT:  Yes, sir.
```

```
1              THE COURT:  Are there any objections to the report?
2              MS. WATSON:  Your Honor, I believe the only issue is
3    that Mr. Butler was not given three points for acceptance.
4              MR. LEWIS:  He received it.
5              MS. WATSON:  He did?
6              THE COURT:  Okay.  I think there's been a revised --
7              MS. WATSON:  I may not have that.
8              THE COURT:  So no objections?
9              MR. LEWIS:  None from the defense, Your Honor.
10             THE COURT:  Okay.  The Court makes the following
11   findings with respect to the advisory guidelines.  The total
12   offense level is 23.  The criminal history category is I.  The
13   advisory imprisonment range is 46 to 57 months.  Probation,
14   ineligible.  Supervised release as to Count 1 is two to five
15   years.  As to Count 10, one to these years.  Fine range is
16   $10,000 to $5 million.  And, of course, there is a mandatory
17   special assessment of $100 per count for a total of $200.
18             The Court notes that Mr. Butler has filed a sentencing
19   memorandum which the Court has reviewed, and I will hear from
20   Mr. Lewis at this time and then Mr. Butler and then the
21   government in rebuttal.
22             MR. LEWIS:  Thank you, Your Honor.
23             THE COURT:  You're welcome.
24             MR. LEWIS:  Thank you, Your Honor.
25             Your Honor, I have filed a sentencing memorandum
```

```
 1  basically requesting a downward --
 2           Thank you, Your Honor.
 3           THE COURT:  Yes.
 4           MR. LEWIS:  And attached to the memorandum, as the
 5  Court has noted, are statements from his family and friends who
 6  have written letters in support.  Just a couple of points that
 7  I wanted to make --
 8           THE COURT:  Sure.
 9           MR. LEWIS:  -- as to the memorandum.
10           Mr. Butler has entered his plea.  We're not contesting
11  the facts as they're stated.  He has entered a plea.  He
12  understands his plea.  He is remorseful.  He is contrite.
13  Mr. Butler is sorry for having to be here before this Court.
14           Nonetheless, a couple of things that need to be noted.
15  Mr. Butler has taken a plea to a firearm, but I wanted to
16  clarify that Mr. Butler -- and I know the Court read the
17  memorandum.  I just wanted to highlight a couple of points.
18           Mr. Butler was not in actual possession of a firearm
19  when he was taken into custody or when the FBI arrived at the
20  residence.  At that residence -- he shared that residence with
21  another person, his companion who at the time lived in the home
22  who leased that property.  That companion also had a concealed
23  weapons permit.
24           Also noteworthy, Your Honor, Mr. Butler is not charged
25  with a violent offense here.  We understand he is charged with
```

1  a firearm offense and drug offense.  There are no allegations
2  that he perpetrated any violence against a person whatsoever or
3  caused physical harm to another person, and that's
4  distinguishable from other cases where you sometimes see those
5  types of situations.  Mr. Butler never pointed a weapon at
6  anyone.  There's no allegations that someone actually saw him
7  in possession of a weapon when the police arrived at his home
8  and found a weapon in that home.
9           Also noteworthy, Your Honor, Mr. Butler has been a
10 business person in this community for a number of years.  He
11 owned a couple of different businesses; most recently a
12 restaurant.  At that restaurant the community would come in,
13 family members would come in, even law enforcement would visit
14 that barbecue restaurant.
15          Mr. Butler, Your Honor, and I think this is very
16 significant, he pled to a drug offense.  Mr. Butler explains in
17 his PSI that he has had a drug issue, a drug problem.
18          What we're asking this Court is to consider all of
19 these things that I just mentioned, in addition to the fact
20 that we understand the offense to which we have pled, but these
21 are mitigating circumstances.  He also has health issues right
22 now; hypertension, high blood pressure, and some heart
23 palpitations that he has been suffering while he's been in
24 custody.
25          Mr. Butler has a family, plenty of family members here

```
 1   today, the ones that also wrote letters.
 2             Your mom is here, correct?
 3             Okay.  But his mom, she is elderly.  I don't think she
 4   could make it.  She is 90-something years old.
 5             All of these things we're asking the Court to take
 6   into consideration in sentencing Mr. Butler.
 7             We do understand what the statutory guidelines state,
 8   but we do understand also that at this point I think he scores
 9   at the bottom, just under four years looking at the addendum to
10   the PSI.
11             Those are the things that I mentioned in my motion,
12   request for a downward departure.  Mr. Butler and I discussed
13   these issues.  Mr. Butler wanted the Court to be aware of those
14   issues that I just addressed, Your Honor.
15             Thank you.
16             THE COURT:  Yes, sir.
17             Mr. Butler, is there something that you would like to
18   say, sir?
19             THE DEFENDANT:  I apologize for any inconvenience I
20   caused this Court, Your Honor.
21             THE COURT:  I think it's great that you've got all of
22   your family here supporting you.  That's nice to see.
23             THE DEFENDANT:  Thank you.
24             THE COURT:  Okay.  Ms. Watson, what say the
25   government?
```

```
 1              MS. WATSON:  Your Honor, there's a statutory mandatory
 2   60-month imprisonment as to Count 1.  At least -- I'm covering
 3   for AUSA Camacho, and he indicated that there's -- I don't have
 4   my statute book, but it does appear that as to Count 1 the term
 5   of imprisonment is 5 to 40 years.
 6              THE COURT:  Mr. McKinney, did you provide me with this
 7   blue sheet?
 8              THE PROBATION OFFICER:  No, it came from another
 9   officer.
10              THE COURTROOM DEPUTY:  It came from the officer in
11   Miami, Judge.  She emailed it to me this morning, the officer
12   who did the PSI.
13              THE COURT:  It does appear that there is a
14   mandatory --
15              THE PROBATION OFFICER:  Yes, it is, Your Honor.
16              THE COURT:  -- five years on Count 1.
17              THE PROBATION OFFICER:  Yes, it is.  I just noticed
18   that too, Your Honor.
19              THE COURT:  Okay.
20              MS. WATSON:  And for those reasons the government is
21   recommending the statutory mandatory 60 months' imprisonment
22   based on the facts and circumstances of this case.
23              I know Mr. Camacho has been in contact with counsel
24   and did consider the sentencing memorandum, and it is my
25   understanding that that was part of his recommendation, for the
```

```
 1  lowest possible sentence.
 2          THE COURT:  All right.
 3          MR. LEWIS:  Your Honor, just one other note.  I know
 4  Mr. Camacho and I had spoken about this.  We were asking the
 5  Court also to recommend a drug program for Mr. Butler.
 6          THE COURT:  I will do that.  There's a basis for
 7  the --
 8          MR. LEWIS:  Thank you, Your Honor.
 9          THE COURT:  -- 500-hour drug abuse treatment program.
10          MR. LEWIS:  Thank you.
11          THE COURT:  All right.  The Court has considered the
12  statements of all parties, the presentence report which
13  contains the advisory guidelines, as well as each of the
14  factors set forth in 18 USC Section 3553(a).
15          It is the finding of this Court that Mr. Butler is
16  financially unable to pay a fine.
17          It is the judgment of this Court that the defendant,
18  George Butler, is hereby committed to the custody of the Bureau
19  of Prisons to be imprisoned for a term of 60 months as to each
20  of Counts 1 and 10.  Those terms to be served concurrently.
21          Upon release from imprisonment the defendant shall be
22  placed on supervised release for a concurrent terms of four
23  years as to Count 1 and three years as to Count 10.
24          Within 72 hours of release the defendant shall report
25  in person to the Probation Office in the District where
```

```
 1   released.
 2              While on supervised release the defendant shall not
 3   commit any crimes, shall be prohibited from possessing a
 4   firearm or other dangerous devices, shall not possess a
 5   controlled substance, shall cooperate in the collection of DNA,
 6   and shall comply with the standard conditions of supervised
 7   release, including the following special conditions:
 8              Substance abuse treatment and permissible search,
 9   which are noted in Part G of the presentence report.
10              Additionally, the defendant is ordered to pay
11   immediately a special assessment of $100 as to each of Counts 1
12   and 10 for a total of $200.
13              The total sentence is 60 months' imprisonment, four
14   years' supervised release, and a $200 special assessment.
15              Forfeiture of the defendant's right, title, and
16   interest in certain property is hereby ordered consistent with
17   the plea agreement.  The government shall submit a proposed
18   order of forfeiture within seven days of these proceedings.
19              Now that sentence has been imposed, does the defendant
20   or his counsel object to the Court's finding of fact or to the
21   manner in which sentence was pronounced?
22              MR. LEWIS:  Your Honor, there are no objections from
23   the defense.  I just want to make sure that Mr. Butler's time
24   in custody has been calculated.
25              THE COURT:  Sure.  Sure.
```

1            And, of course, the Court will recommend the 500-hour
2    drug abuse treatment program.
3            Let me advise you, sir, you do have the right to
4    appeal the sentence imposed.  Any notice of appeal must be
5    filed within 14 days after entry of judgment.  If you're unable
6    to pay for the cost of an appeal, you may apply for leave to
7    appeal in forma pauperis.
8            Any motions?
9            MS. WATSON:  Just a motion to dismiss the remaining
10   Counts 2, 3, 4, 5, 6, 9, and 11.
11           THE COURT:  That motion is hereby granted.
12           Mr. McKinney, would you please advice Ms. Rawl who
13   prepared this presentence report that she needs to pay a little
14   bit closer attention.
15           THE PROBATION OFFICER:  Yes, sir.
16           THE COURT:  Thank you.
17           Mr. Lewis, do you want the Court to recommend a
18   facility within the Southern District of Florida?
19           MR. LEWIS:  Thank you, Your Honor.  We would
20   appreciate that.  He has plenty of family members.
21           THE COURT:  That request is granted.
22           MR. LEWIS:  Thank you, Your Honor.
23           THE COURT:  You're welcome, sir.
24        (Proceedings concluded at 10:13 a.m.)
25

```
 1                      C E R T I F I C A T E

 2         I, Karl Shires, Registered Professional Reporter and

 3   Federal Certified Realtime Reporter, certify that the foregoing

 4   is a correct transcript from the record of proceedings in the

 5   above-entitled matter.

 6         Dated this 12th day of January, 2017.

 7

 8   _____
     Karl Shires, RMR FCRR
 9
```

Case 0:14-cr-60246-JIC   Document 103   Entered on FLSD Docket 06/29/2017   Page 12 of 14

12

 MR. LEWIS: [13]
 MS. WATSON: [7] 2/18 3/1 3/4 3/6 6/25 7/19 10/8
 THE COURT: [26]
 THE COURTROOM DEPUTY: [1] 7/9
 THE DEFENDANT: [3] 2/24 6/18 6/22
 THE PROBATION OFFICER: [4] 7/7 7/14 7/16 10/14

**$**
$10,000 [1] 3/16
$100 [2] 3/17 9/11
$200 [3] 3/17 9/12 9/14
$5 [1] 3/16

**-**
-v [1] 1/6

**1**
10 [7] 2/9 2/11 2/14 3/15 8/20 8/23 9/12
10:01 [1] 1/9
10:13 [1] 10/24
11 [1] 10/10
11-count [1] 2/9
12th [1] 11/6
14 [1] 10/5
14-60246-CR [1] 2/4
14-60246-CR-COHN [1] 1/2
17 [1] 1/8
18 [1] 8/14
18th [1] 2/8

**2**
2016 [1] 1/8
2017 [1] 11/6
203G [1] 1/24
23 [1] 3/12
299 [1] 1/24

**3**
33132 [1] 1/19
33261 [1] 1/21
33301 [1] 1/25
3553 [1] 8/14

**4**
40 [1] 7/5
46 [1] 3/13
4th [1] 1/18

**5**
500 grams [1] 2/11
500-hour [2] 8/9 10/1
5496 [1] 1/24
57 [1] 3/13

**6**
60 [3] 7/21 8/19 9/13
60-month [1] 7/2
612973 [1] 1/20

**7**
72 [1] 8/24

**769-5496 [1]** 1/24

**9**
90-something [1] 6/4
954 [1] 1/24
99 [1] 1/18

**A**
a.m [2] 1/9 10/24
above-entitled [1] 11/5
abuse [3] 8/9 9/8 10/2
acceptance [2] 2/13 3/3
actual [1] 4/18
addendum [1] 6/9
addition [1] 5/19
Additionally [1] 9/10
addressed [1] 6/14
adjudged [1] 2/14
advice [1] 10/12
advise [1] 10/3
advisory [3] 3/11 3/13 8/13
agreement [1] 9/17
allegations [2] 5/1 5/6
AMERICA [2] 1/4 2/3
ammunition [1] 2/12
apologize [1] 6/19
appeal [4] 10/4 10/4 10/6 10/7
appear [2] 7/4 7/13
Appearances [1] 1/16
apply [1] 10/6
appreciate [1] 10/20
arrived [2] 4/19 5/7
asking [3] 5/18 6/5 8/4
assessment [3] 3/17 9/11 9/14
Assistant [2] 1/18 2/6
attached [1] 4/4
attention [1] 10/14
Attorney [2] 1/18 2/7
AUSA [1] 7/3
aware [1] 6/13

**B**
barbecue [1] 5/14
based [1] 7/22
basically [1] 4/1
basis [1] 8/6
believe [1] 3/2
bit [1] 10/14
blood [1] 5/22
blue [1] 7/7
book [1] 7/4
bottom [1] 6/9
Boulevard [1] 1/24
Box [1] 1/20
BROOKE [2] 1/17 2/7
Broward [1] 1/24
Bureau [1] 8/18
business [1] 5/10
businesses [1] 5/11
BUTLER [26]
Butler's [2] 2/13 9/23

**C**
calculated [1] 9/24
Call [1] 2/1
Camacho [3] 7/3 7/23 8/4
case [3] 1/2 2/4 7/22
cases [1] 5/4
category [1] 3/12

caused [2] 5/3 6/20
certain [1] 9/16
Certified [1] 11/3
certify [1] 11/3
charged [4] 2/10 2/11 4/24 4/25
circumstances [2] 5/21 7/22
clarify [1] 4/16
closer [1] 10/14
cocaine [1] 2/11
COHN [2] 1/2 1/13
collection [1] 9/5
come [2] 5/12 5/13
commit [1] 9/3
committed [1] 8/18
community [2] 5/10 5/12
companion [2] 4/21 4/22
comply [1] 9/6
concealed [1] 4/22
concluded [1] 10/24
concurrent [1] 8/22
concurrently [1] 8/20
conditions [2] 9/6 9/7
consider [2] 5/18 7/24
consideration [1] 6/6
considered [1] 8/11
consistent [1] 9/16
conspiracy [1] 2/10
contact [1] 7/23
contains [1] 8/13
contesting [1] 4/10
contrite [1] 4/12
controlled [1] 9/5
cooperate [1] 9/5
copy [1] 2/17
correct [2] 6/2 11/4
cost [1] 10/6
counsel [3] 2/16 7/23 9/20
count [11] 2/9 2/9 2/11 3/14 3/15 3/17 7/2 7/4 7/16 8/23 8/23
Count 10 [3] 2/11 3/15 8/23
Counts [5] 2/9 2/14 8/20 9/11 10/10
couple [4] 4/6 4/14 4/17 5/11
course [2] 3/16 10/1
COURT [21]
Court's [1] 9/20
covering [1] 7/2
CR [2] 1/2 2/4
crimes [1] 9/3
criminal [1] 3/12
custody [4] 4/19 5/24 8/18 9/24

**D**
dangerous [1] 9/4
date [1] 2/15
Dated [1] 11/6
day [1] 11/6
days [2] 9/18 10/5
defendant [8] 1/8 1/20 8/17 8/21 8/24 9/2 9/10 9/19
defendant's [1] 9/15
defense [2] 3/9 9/23
deferred [1] 2/15
departure [1] 6/12
DEREK [2] 1/20 2/5
devices [1] 9/4

different [1] 5/11
discussed [1] 6/12
dismiss [1] 10/9
distinguishable [1] 5/4
distribute [1] 2/10
DISTRICT [5] 1/1 1/1 1/14 8/25 10/18
DNA [1] 9/5
downward [2] 4/1 6/12
drug [7] 5/1 5/16 5/17 5/17 8/5 8/9 10/2

**E**
East [1] 1/24
elderly [1] 6/3
emailed [1] 7/11
enforcement [1] 5/13
entered [3] 2/8 4/10 4/11
entitled [1] 11/5
entry [1] 10/5
ESQ [1] 1/20
explains [1] 5/16

**F**
facility [1] 10/18
fact [2] 5/19 9/20
factors [1] 8/14
facts [2] 4/11 7/22
family [6] 4/5 5/13 5/25 5/25 6/22 10/20
FBI [1] 4/19
FCRR [2] 1/23 11/8
Federal [1] 11/3
felon [1] 2/11
filed [3] 3/18 3/25 10/5
financially [1] 8/16
finding [2] 8/15 9/20
findings [1] 3/11
fine [2] 3/15 8/16
firearm [5] 2/12 4/15 4/18 5/1 9/4
five [2] 3/14 7/16
FLORIDA [6] 1/1 1/8 1/19 1/21 1/25 10/18
following [2] 3/10 9/7
foregoing [1] 11/3
forfeiture [2] 9/15 9/18
forma [1] 10/7
Fort [2] 1/8 1/25
forth [1] 8/14
found [1] 5/8
four [3] 6/9 8/22 9/13
friends [1] 4/5

**G**
GEORGE [3] 1/7 2/3 8/18
given [1] 3/3
government [6] 1/17 2/6 3/21 6/25 7/20 9/17
grams [1] 2/11
granted [2] 10/11 10/21
great [1] 6/21
guidelines [3] 3/11 6/7 8/13
guilty [2] 2/9 2/14

**H**
harm [1] 5/3
health [1] 5/21
hear [1] 3/19

**H**

**heart** [1]  5/22
**high** [1]  5/22
**highlight** [1]  4/17
**history** [1]  3/12
**home** [3]  4/21 5/7 5/8
**Honor** [21]
**HONORABLE** [1]  1/13
**hour** [2]  8/9 10/1
**hours** [1]  8/24
**hypertension** [1]  5/22

**I**

**I'm** [1]  7/2
**immediately** [1]  9/11
**imposed** [2]  9/19 10/4
**imprisoned** [1]  8/19
**imprisonment** [6]  3/13 7/2 7/5
 7/21 8/21 9/13
**including** [1]  9/7
**inconvenience** [1]  6/19
**indicated** [1]  7/3
**indictment** [1]  2/9
**ineligible** [1]  3/14
**intent** [1]  2/10
**interest** [1]  9/16
**investigation** [1]  2/15
**issue** [2]  3/2 5/17
**issues** [3]  5/21 6/13 6/14
**it's** [1]  6/21

**J**

**JAMES** [1]  1/13
**January** [1]  11/6
**JUDGE** [2]  1/14 7/11
**judgment** [2]  8/17 10/5
**June** [1]  1/8

**K**

**know** [3]  4/16 7/23 8/3

**L**

**Lauderdale** [2]  1/8 1/25
**law** [1]  5/13
**leased** [1]  4/22
**leave** [1]  10/6
**letters** [2]  4/6 6/1
**level** [1]  3/12
**LEWIS** [4]  1/20 2/20 3/20
 10/17
**little** [1]  10/13
**lived** [1]  4/21
**looking** [1]  6/9
**Louis** [1]  2/6
**lowest** [1]  8/1

**M**

**mandatory** [4]  3/16 7/1 7/14
 7/21
**manner** [1]  9/21
**March** [1]  2/8
**March 18th** [1]  2/8
**matter** [2]  2/2 11/5
**McKinney** [2]  7/6 10/12
**members** [3]  5/13 5/25 10/20
**memorandum** [6]  3/19 3/25
 4/4 4/9 4/17 7/24
**mentioned** [2]  5/19 6/11

**Miami** [3]  1/19 1/21 7/11
**million** [1]  3/16
**mitigating** [1]  5/21
**mom** [2]  6/2 6/3
**month** [1]  7/2
**months** [2]  3/13 8/19
**months'** [2]  7/21 9/13
**morning** [1]  7/11
**motion** [3]  6/11 10/9 10/11
**motions** [1]  10/8
**Mr.** [32]
**Mr. Butler** [23]
**Mr. Butler's** [2]  2/13 9/23
**Mr. Camacho** [2]  7/23 8/4
**Mr. Lewis** [3]  2/20 3/20 10/17
**Mr. McKinney** [2]  7/6 10/12
**Ms.** [4]  2/18 2/22 6/24 10/12
**Ms. Rawl** [2]  2/22 10/12
**Ms. Watson** [2]  2/18 6/24

**N**

**NE** [1]  1/18
**need** [1]  4/14
**needs** [1]  10/13
**never** [1]  5/5
**nice** [1]  6/22
**North** [1]  1/21
**note** [1]  8/3
**noted** [3]  4/5 4/14 9/9
**notes** [1]  3/18
**noteworthy** [2]  4/24 5/9
**notice** [1]  10/4
**noticed** [1]  7/17
**number** [2]  2/4 5/10

**O**

**object** [1]  9/20
**objections** [3]  3/1 3/8 9/22
**offense** [6]  3/12 4/25 5/1 5/1
 5/16 5/20
**Office** [1]  8/25
**officer** [3]  7/9 7/10 7/11
**Official** [1]  1/24
**Okay** [5]  3/6 3/10 6/3 6/24
 7/19
**old** [1]  6/4
**ones** [1]  6/1
**order** [2]  2/1 9/18
**ordered** [3]  2/14 9/10 9/16
**owned** [1]  5/11

**P**

**palpitations** [1]  5/23
**part** [2]  7/25 9/9
**parties** [2]  2/16 8/12
**pauperis** [1]  10/7
**pay** [4]  8/16 9/10 10/6 10/13
**permissible** [1]  9/8
**permit** [1]  4/23
**perpetrated** [1]  5/2
**person** [5]  4/21 5/2 5/3 5/10
 8/25
**physical** [1]  5/3
**placed** [1]  8/22
**Plaintiff** [1]  1/5
**plea** [7]  2/8 2/13 4/10 4/11 4/12
 4/15 9/17
**please** [1]  10/12
**pled** [2]  5/16 5/20

**plenty** [2]  5/25 10/20
**PO** [1]  1/20
**point** [1]  6/8
**pointed** [1]  5/5
**points** [3]  3/3 4/6 4/17
**police** [1]  5/7
**possess** [2]  2/10 9/4
**possessing** [1]  9/3
**possession** [3]  2/12 4/18 5/7
**possible** [1]  8/1
**prepared** [1]  10/13
**present** [1]  2/5
**presentence** [6]  2/14 2/17 2/24
 8/12 9/9 10/13
**pressure** [1]  5/22
**Prisons** [1]  8/19
**Probation** [2]  3/13 8/25
**problem** [1]  5/17
**proceedings** [4]  1/12 9/18
 10/24 11/4
**Professional** [1]  11/2
**program** [3]  8/5 8/9 10/2
**prohibited** [1]  9/3
**pronounced** [1]  9/21
**property** [2]  4/22 9/16
**proposed** [1]  9/17
**provide** [1]  7/6
**PSI** [3]  5/17 6/10 7/12

**R**

**range** [2]  3/13 3/15
**Rawl** [2]  2/22 10/12
**read** [1]  4/16
**Realtime** [1]  11/3
**reasons** [1]  7/20
**rebuttal** [1]  3/21
**received** [3]  2/16 2/23 3/4
**recommend** [3]  8/5 10/1 10/17
**recommendation** [1]  7/25
**recommending** [1]  7/21
**record** [1]  11/4
**Registered** [1]  11/2
**release** [7]  3/14 8/21 8/22 8/24
 9/2 9/7 9/14
**released** [1]  9/1
**remaining** [1]  10/9
**remorseful** [1]  4/12
**report** [8]  2/15 2/17 2/24 3/1
 8/12 8/24 9/9 10/13
**Reporter** [4]  1/23 1/24 11/2
 11/3
**represented** [2]  2/5 2/6
**request** [2]  6/12 10/21
**requesting** [1]  4/1
**residence** [3]  4/20 4/20 4/20
**respect** [1]  3/11
**respective** [1]  2/16
**restaurant** [3]  5/12 5/12 5/14
**reviewed** [2]  2/24 3/19
**revised** [1]  3/6
**right** [6]  2/2 5/21 8/2 8/11 9/15
 10/3
**RMR** [2]  1/23 11/8

**S**

**saw** [1]  5/6
**scores** [1]  6/8
**search** [1]  9/8
**Section** [1]  8/14

**see** [2]  5/4 6/22
**sentence** [6]  2/15 8/1 9/13 9/19
 9/21 10/4
**sentencing** [5]  1/12 3/18 3/25
 6/6 7/24
**served** [1]  8/20
**set** [1]  8/14
**seven** [1]  9/18
**shared** [1]  4/20
**sheet** [1]  7/7
**significant** [1]  5/16
**sir** [6]  2/25 6/16 6/18 10/3
 10/15 10/23
**situations** [1]  5/5
**sorry** [1]  4/13
**SOUTHERN** [2]  1/1 10/18
**special** [4]  3/17 9/7 9/11 9/14
**spoken** [1]  8/4
**standard** [1]  9/6
**state** [1]  6/7
**stated** [1]  4/11
**statements** [2]  4/5 8/12
**STATES** [5]  1/1 1/4 1/18 2/3
 2/7
**statute** [1]  7/4
**statutory** [3]  6/7 7/1 7/21
**Street** [1]  1/18
**submit** [1]  9/17
**substance** [2]  9/5 9/8
**suffering** [1]  5/23
**supervised** [5]  3/14 8/22 9/2
 9/6 9/14
**support** [1]  4/6
**supporting** [1]  6/22
**sure** [4]  4/8 9/23 9/25 9/25

**T**

**take** [1]  6/5
**taken** [2]  4/15 4/19
**term** [2]  7/4 8/19
**terms** [2]  8/20 8/22
**thank** [12]
**things** [4]  4/14 5/19 6/5 6/11
**think** [5]  3/6 5/15 6/3 6/8 6/21
**three** [2]  3/3 8/23
**time** [3]  3/20 4/21 9/23
**title** [1]  9/15
**today** [1]  6/1
**today's** [1]  2/15
**total** [4]  3/11 3/17 9/12 9/13
**transcript** [2]  1/12 11/4
**treatment** [3]  8/9 9/8 10/2
**two** [1]  3/14
**types** [1]  5/5

**U**

**U.S** [1]  1/14
**unable** [2]  8/16 10/5
**understand** [4]  4/25 5/20 6/7
 6/8
**understanding** [1]  7/25
**understands** [1]  4/12
**UNITED** [5]  1/1 1/4 1/18 2/3
 2/6
**USC** [1]  8/14

**V**

**VAUGHN** [1]  1/20
**versus** [1]  2/3

**V**

**violence [1]** 5/2
**violent [1]** 4/25
**visit [1]** 5/13

**W**

**want [2]** 9/23 10/17
**wanted [4]** 4/7 4/15 4/17 6/13
**WATSON [4]** 1/17 2/7 2/18 6/24
**weapon [3]** 5/5 5/7 5/8
**weapons [1]** 4/23
**welcome [2]** 3/23 10/23
**well [1]** 8/13
**whatsoever [1]** 5/2
**written [1]** 4/6
**wrote [1]** 6/1

**Y**

**year [1]** 2/8
**years [9]** 3/15 3/15 5/10 6/4 6/9 7/5 7/16 8/23 8/23
**years' [1]** 9/14